# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Grace Albanese,

    Plaintiff

v.

Las Vegas Police Department,

    Defendant

2:17-cv-01974-JAD-PAL

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF Nos. 1, 3]

    Pro se plaintiff Grace Albanese brings this civil rights complaint against the Las Vegas Police Department for violations of her due process and equal protection rights, and she also applied to proceed *in forma pauperis*.[1] Magistrate Judge Leen recommends that I deny Albanese's application to proceed *in forma pauperis* and, after screening her complaint, recommends that I dismiss this case.[2]

    The report and recommendation was entered July 27, 2017, making August 10, 2017, the deadline to file an objection. Albanese has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Leen's report and recommendation **[ECF No. 3] is ACCEPTED and ADOPTED**; Albanese's request to proceed *in forma pauperis* **[ECF No. 1] is DENIED**; and Albanese's claims are **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE and enter judgment accordingly**.

    DATED August 11, 2017.

                                                      Jennifer A. Dorsey
                                                      United States District Judge

---

[1] ECF Nos. 1, 1-1.

[2] ECF No. 3.